IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:09-CV-125-GCM**

|                                              |     |                          |
| -------------------------------------------- | --- | ------------------------ |
|                                              | )   |                          |
| FLICK MORTGAGE INVESTORS, INC.,              | )   |                          |
| Plaintiff,                                   | )   |                          |
| v.                                           | )   | **ORDER GRANTING**       |
|                                              | )   | **ADMISSION PRO HAC VICE** |
| CHICAGO TITLE INSURANCE COMPANY              | )   |                          |
| Defendant.                                   | )   |                          |

 

 

**THIS MATTER IS BEFORE THE COURT** upon the motion of Defendant Chicago Title Insurance Company to allow **Raighne C. Delaney** to appear *Pro Hac Vice*, dated April 27, 2009 [doc #7].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Delaney has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: April 28, 2009

Graham C. Mullen
United States District Judge