IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-125-RJC-DSC
CONSOLIDATED

| | | |
|---|---|---|
| GMAC MORTGAGE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| FLICK MORTGAGE INVESTORS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| FLICK MORTGAGE INVESTORS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHICAGO TITLE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon Flick Mortgage Investors, Inc. (Flick)'s Motion to be Relieved of Obligation to Prosecute Claim, or in the alternative, to Dismiss (Doc. No. 42); and Chicago Title's Response in Opposition to Flick's Motion (Doc. No. 45).

The Local Rules of Civil Practice and Procedure for the United States District Court for the Western District of North Carolina require all motions to "state with particularity the grounds of the motion and shall set for the relief or Order sought" and further demand that "[b]riefs shall be filed contemporaneously with the motion ...." Loc. R. Civ.P. 7.1(A)&(C). Flick's Motion

does not meet these requirements. The Motion fails to set forth what it would have this Court do to relieve Flick of its "obligation to prosecute claim," fails to state its grounds for dismissal, and does not include a brief. This Motion is thus DENIED without prejudice.

**IT IS, THEREFORE, ORDERED** that:

Flick Mortgage Investors, Inc.'s Motion to be Relieved of Obligation to Prosecute Claim, or in the alternative, to Dismiss (Doc. No. 42) is **DENIED without prejudice**.

Signed: March 21, 2011

David S. Cayer
United States Magistrate Judge