UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-125-RJC-DSC
CONSOLIDATED

| | |
|---|---|
| GMAC MORTGAGE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FLICK MORTGAGE INVESTORS, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | **ORDER** |
| ) | |
| FLICK MORTGAGE INVESTORS, ) | |
| INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHICAGO TITLE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on GMAC Mortgage, LLC's ("GMAC") Motion for Status Conference, (Doc. No. 73), filed on March 2, 2012. On April 3, 2012, counsel for GMAC represented to the Court, on behalf of GMAC and Chicago Title Insurance Company, that in light of the Court's Orders dated March 31, 2012, a status conference is no longer requested.

**IT IS, THEREFORE, ORDERED** that GMAC's Motion for Status Conference, (Doc. No. 73), is **DISMISSED**.

Signed: April 13, 2012

*Robert J. Conrad, Jr.*
Robert J. Conrad, Jr.
Chief United States District Judge